| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Phillips, Thomas W. | Eastern District of Tennessee | 09/09/2013 |

| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Active | ☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br>5b. ☐    Amended Report | 01/01/2013<br>to<br>08/01/2013 |

**7. Chambers or Office Address**

800 Market Street
Suite 145
Knoxville, TN 37902

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | Berea College, Berea, KY |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 09/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 09/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ATTEND ANNUAL REVIEW SEMINAR W/O CHARGE | TENNESSEE LAW INSTITUTE | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CD-1ST NAT'L BANK, ONEIDA, TN (X) | B | Interest | L | T | | | | | |
| 2. AMERIPRISE BROCKERAGE ACCOUNT (CASH EQUIVALENT) | A | Int./Div. | J | T | | | | | |
| 3. CBRL GROUP, INC. | A | Dividend | J | T | | | | | |
| 4. AMEX TRUST CO. - IRA | C | Int./Div. | M | T | | | | | |
| 5. --AMERIPRISE INS MONEY MARKET | A | Interest | J | T | | | | | |
| 6. --COLUMBIA FUNDS BALANCED CL A | A | Dividend | K | T | | | | | |
| 7. --SOUTHERN CO. | A | Dividend | | | Sold | 06/26/13 | J | A | |
| 8. --ALTRIA GROUP, INC. | A | Dividend | | | Sold | 06/26/13 | J | A | |
| 9. --PIMCO TOTAL RETURN-A | B | Dividend | J | T | | | | | |
| 10. --400 MID CAP VALUE ETF | A | Dividend | J | T | | | | | |
| 11. --COLUMBIA BALANCED CL A | A | Dividend | K | T | | | | | |
| 12. --COLUMBIA BALANCED CL A | A | Dividend | K | T | | | | | |
| 13. --PRUDENTIAL SHORT TERM CORP BOND FUND INC CL A | C | Interest | | | Sold | 05/06/13 | M | B | |
| 14. --AMEX INS MONEY MARKET | C | Interest | L | T | Buy | 06/28/13 | L | | |
| 15. AMEX TRUST CO. ROTH IRA | A | Dividend | L | T | | | | | |
| 16. --BLKRCK GLB ALLOCATION | A | Dividend | L | T | | | | | |
| 17. --JOHN HANCOCK III MID CAP CL A | A | Dividend | K | T | Buy | 05/09/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --MUTUAL GLOBAL DISCOVERY CL A | A | Dividend | K | T | Buy | 05/09/13 | K | | |
| 19. AMEX - TRUST CO. IRA | B | Int./Div. | M | T | | | | | |
| 20. --AMERIPRISE INS MONEY MARKET | A | Interest | J | T | | | | | |
| 21. --COLUMBIA FUNDS BALANCED CL A | A | Dividend | K | T | | | | | |
| 22. --COLUMBIA FUNDS BALANCED CL A | A | Dividend | K | T | | | | | |
| 23. --ISHARES LEHMAN 1-3 YR CREDIT | A | Dividend | | | Sold | 06/28/13 | J | A | |
| 24. PIMCO TOTAL RETURN -A | A | Dividend | J | T | | | | | |
| 25. --PRUDENTIAL SHORT TERM CORP BOND FUND INC CL A | A | Dividend | | | Sold | 05/06/13 | K | A | |
| 26. RVS STRAT INC ALLOC -A RIVERSOURCE MUTUAL FUNDS | A | Dividend | K | T | | | | | |
| 27. --BLACKROCK STRAT INCOME OPP | B | Dividend | K | T | Buy | 05/09/13 | K | | |
| 28. --JOHN HANCOCK III MID CAP CL A | A | Dividend | K | T | Buy | 05/09/13 | K | | |
| 29. --MUTUAL GLOBBSAL DISCOVERY CL A | A | Dividend | J | T | Buy | 05/09/13 | J | | |
| 30. GLD STRAT INCOME -A GOLDMAN SACHS ASSET MGMT | A | Dividend | K | T | Sold (part) | 06/11/13 | K | A | |
| 31. COLUMBIA FUNDS BAL CL A | A | Dividend | K | T | | | | | |
| 32. ISHARES LEHMAN 1-3 YEAR CREDIT BOND FUND | A | Dividend | J | T | | | | | |
| 33. COLUMBIA FUNDS BALANCED CL A | B | Dividend | K | T | | | | | |
| 34. SPDR S&P 400 MID CAP VALUE | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR S&P 400 MID CAP VALUE | A | Dividend | K | T | Sold (part) | 01/15/13 | K | A | |
| 36. GLD STRAT INCOME-A GOLDMAN SACHS ASSET MGMT | B | Dividend | K | T | Sold (part) | 02/10/13 | K | A | |
| 37. GLD STRAT INCOME-A GOLDMAN SACHS ASSET MGMT | B | Dividend | K | T | Sold (part) | 04/16/13 | K | A | |
| 38. FRK TN MUNI BOND-A FRANKLIN GROUP FUNDS | A | Dividend | | | Sold | 06/26/13 | J | A | |
| 39. MFS TENNESSEE MUNICIPAL BOND CL A | B | Interest | | | Sold | 06/26/13 | K | B | |
| 40. MFS TENNESSEE MUNICIPAL BOND CL A | B | Interest | | | Sold | 06/26/13 | K | B | |
| 41. INDUSTRIAL INCOME TR INC | B | Dividend | L | T | Buy | 07/03/13 | L | | |
| 42. FIDELITY ADVISOR NEW INSIGHTS | A | Dividend | K | T | Buy | 05/09/13 | K | | |
| 43. MANAGERS YACKTMAN FOCUSED SERVICE CL | A | Dividend | K | T | Buy | 05/09/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 09/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas W. Phillips**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544